# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

JAMES AARON LOWE
(full name)        (Register No).

Plaintiff(s).

v.

CITY OF HOLLISTER, MO
(Full name)
JASON FLOWERS
ALICIA SMITH
Defendant(s).

Case No. 18-3089-CV-S-MDH-P

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
_X_ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): TANEY COUNTY JAIL

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff JAMES A LOWE    Register No. _____
Address PO BOX 1005 FORSYTH MO 65653

B. Defendant JASON FLOWERS

Is employed as POLICE OFFICER OF HOLLISTER MISSOURI

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:18-cv-03089-MDH   Document 1   Filed 03/12/18   Page 1 of 6

## DEFENDANT LIST

JASON FLOWERS — POLICE OFFICER HOLLISTER, MO
UNKNOWN POLICE OFFICER HOLLISTER, MO
ALICIA SMITH — COURT CLERK HOLLISTER, MO

III. Do your claims involve medical treatment?   Yes ✓   No ___

IV. Do you request a jury trial?   Yes ✓   No ___

V. Do you request money damages?   Yes ✓   No ___

State the amount claimed?   $100,000/100,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes ___   No ✓

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?   Yes ✓   No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ___   No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____
_____
_____
_____

D. If you have not filed a grievance, state the reasons.
CLAIM IS UNRELATED TO THE INSTITUTION
_____
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes ✓   No ___

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes ___   No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: JAMES A LOWE
    (Plaintiff)                    (Defendant)
(2) Date filed: 12/28/2016

2

Case 6:18-cv-03089-MDH   Document 1   Filed 03/12/18   Page 3 of 6

(3) Court where filed: US DISTRICT COURT WESTERN MO

(4) Case Number and citation: 16-3461-CV-S-MDH-P

(5) Basic claim made: CIVIL RIGHTS EXCESSIVE USE OF FORCE

(6) Date of disposition: 3/2017

(7) Disposition: DISMISSED - FAILURE TO PROSECUTE

(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____

(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

PLEASE USE COMPLAINT FROM
16-3461-CV-S-MDH-P

B. State briefly your legal theory or cite appropriate authority:

3

Case 6:18-cv-03089-MDH   Document 1   Filed 03/12/18   Page 4 of 6

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
COMPENSATION FOR INJURIES TOTALING $200,000.00 USD.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes___ No _X_

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes___ No _X_

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __6TH__ day of __MARCH__ 20_18_

_____
Signature(s) of Plaintiff(s)

JAMES A LOWE



JAMES A LOWE 34618
P.O. Box 1005
FORSYTH MO 65653

SPRINGFIELD MO 658
06 MAR 2018 PM 2 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY, MISSOURI
64106

RECEIVED
2018 MAR 12 AM 11:45